UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **DEVON LETOURNEAU** and | : | |
| **JOSEPH SHEPARD** | : | |
| *Plaintiffs* | : | |
| | : | |
| v. | : | C.A. No. 16-522 |
| | : | |
| **RHODE ISLAND DEPARTMENT OF** | : | |
| **CORRECTIONS; ASHBEL T. WALLL;** | : | |
| **LINDA AUL; JOSEPH FORGUE;** | : | |
| **STEVEN CABRAL; and MATTHEW KETTLE** | : | |
| *Defendants* | : | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Now comes Defendants, the Rhode Island Department of Corrections, Ashbel T. Wall, Linda Aul, Joseph Forgue, Steven Cabral, and Matthew Kettle ("Defendants") and, pursuant to 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court for entry of an order dismissing Plaintiffs' complaint for their failure to state a claim upon which relief may be granted. Defendants rely upon the attached memorandum of law in support of their motion.

DEFENDANTS
RHODE ISLAND DEPARTMENT OF
CORRECTIONS, ASHBEL T. WALL,
LINDA AUL, JOSEPH FORGUE,
STEVEN CABRAL, and
MATTHEW KETTLE

By their Attorney,

/s/ Ian P. Anderson
_____
Ian P. Anderson, Esquire (# 8568)
Senior Legal Counsel
R.I Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
TEL: (401) 462-0145
FAX: (401) 462-2583
Ian.anderson@doc.ri.gov

## CERTIFICATION

I, the undersigned, certify that on this 21st day of November, 2016, a true copy of the foregoing document was filed electronically using the ECF system and it is available for viewing and downloading.

/s/ Ian P. Anderson

I, the undersigned, certify that a copy of the foregoing document was mailed via Rhode Island Department of Corrections Interdepartmental Mail, on this 21st day of November, 2016, to the following:

Devon Letourneau, #140071
High Security Center
P.O. Box 8200
Cranston, RI  02920

Joseph Shepard, #141961
Medium Security
P.O. Pox 8274
Cranston, RI  02920

/s/ Ian P. Anderson